1  David L. Cheng, Bar No. 240926
   dcheng@fordharrison.com
2  **FORD & HARRISON LLP**
   350 South Grand Avenue, Suite 2300
3  Los Angeles, CA  90071
   Telephone:   (213) 237-2400
4  Facsimile:    (213) 237-2401

5  Daniel R. Lyman, Bar No. 319010
   dlyman@fordharrison.com
6  **FORD & HARRISON LLP**
   1901 Harrison Street, Suite 1650
7  Oakland, CA  94612
   Telephone:   (415) 852-6914

8  Attorneys for Defendants
9  THE YERBA MATE CO., LLC and GUAYAKI
   SUSTAINABLE RAINFOREST PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY TROYER, as individuals and on behalf of all similarly situated employees,<br><br>    Plaintiff,<br><br>    v.<br><br>THE YERBA MATE CO., LLC, a limited liability company; GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL R. LYMAN IN SUPPORT OF DEFENDANT THE YERBA MATE CO., LLC'S NOTICE OF REMOVAL**<br><br>Action Filed:   July 23, 2020<br><br>Date of Removal: August 28, 2020 |

## DECLARATION OF DANIEL R. LYMAN

I, Daniel R. Lyman, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and am Counsel with the law firm of Ford & Harrison, LLP, attorneys of record for Defendants The Yerba Mate Co., LCC ("Yerba Mate") and Guayaki Sustainable Rainforest Products, Inc. ("Guayaki"). I am providing this declaration in support of Defendant Yerba Mate's Notice of Removal of Action. I have personal knowledge of each of the matters set forth below and, if called as a witness could and would testify competently to each of them under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the summons and original complaint Plaintiff Casey Troyer ("Plaintiff") filed in the Superior Court of the State of California for the County of Alameda on July 21, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of the First Amended Complaint ("FAC") filed on July 23, 2020, Summons on the FAC, Civil Case Cover Sheet, and Superior Court of California County of Alameda Alternative Dispute Resolution Information Packet, all of which were served on Defendant Yerba Mate on July 29, 2020, constituting the first documents Yerba Mate was served in regards to this matter.

4. Attached hereto as **Exhibit C** is a true and correct copy of the executed Notice and Acknowledgement of Receipt by Guayaki dated August 25, 2020, accepting service of the FAC, Summons on FAC, Civil Case Cover Sheet, and Superior Court of California County of Alameda Alternative Dispute Resolution Information Packet, all of which constituting the first documents Guayaki was served in regards to this matter.

5. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff's Notice of Hearing which included, as Exhibit A, a Notice of Hearing issued by the Alameda County Superior Court on July 31, 2020 setting a Complex Determination Hearing on September 8, 2020 and a Case Management Conference on October 13, 2020.

//
//
//

- 2 -

**DECLARATION OF DANIEL R. LYMAN IN SUPPORT OF DEFENDANT THE YERBA MATE CO., LLC'S NOTICE OF REMOVAL**

6. Attached hereto as **Exhibit E** is a true and correct copy of the Proof of Service as to Yerba Mate, dated and filed with the state court on July 30 2020.

7. To my knowledge, the foregoing documents are all of the filed pleadings and orders that have been served on, received by Defendants, or filed in this action.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on the 28th day of August, 2020, at Oakland, California.

_____
DANIEL R. LYMAN

- 3 -

**DECLARATION OF DANIEL R. LYMAN IN SUPPORT OF DEFENDANT THE YERBA MATE CO., LLC'S NOTICE OF REMOVAL**

# PROOF OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF ALAMEDA

I am a citizen of the United States and an employee in the County of Alameda. I am over the age of eighteen (18) years and not a party to the within action. My business address is FORD & HARRISON LLP, 1901 Harrison Street, Suite 1650, Oakland, California 94612.

On August 28, 2020, I electronically served the document(s) via United States District Court – Northern District of California ECF webite, described below, on the recipients designated on the Transaction Receipt located on the United States District Court – Northern District of California ECF website.

**DECLARATION OF DANIEL R. LYMAN IN SUPPORT OF DEFENDANT THE YERBA MATE CO., LLC'S NOTICE OF REMOVAL**

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED BY USDC –NORTHERN DISTRICT OF CALIFORNIA ECF WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 28, 2020, at Oakland, California.

*/s/ Bridgette C. Burdick*
BRIDGETTE C. BURDICK

- 4 -

**DECLARATION OF DANIEL R. LYMAN IN SUPPORT OF DEFENDANT THE YERBA MATE CO., LLC'S NOTICE OF REMOVAL**