1  David L. Cheng, Bar No. 240926
   dcheng@fordharrison.com
2  **FORD & HARRISON LLP**
   350 South Grand Avenue, Suite 2300
3  Los Angeles, CA  90071
   Telephone:   (213) 237-2400
4  Facsimile:   (213) 237-2401

5  Daniel R. Lyman, Bar No. 319010
   dlyman@fordharrison.com
6  **FORD & HARRISON LLP**
   1901 Harrison Street, Suite 1650
7  Oakland, CA  94612
   Telephone:   (415) 852-6914

8  Attorneys for Defendants
9  THE YERBA MATE CO., LLC and GUAYAKI
   SUSTAINABLE RAINFOREST PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY TROYER, as individuals and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>THE YERBA MATE CO., LLC, a limited liability company; GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DEFENDANT GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.'S CONSENT TO NOTICE OF REMOVAL**<br><br>Action Filed:   July 23, 2020<br><br>Date of Removal: August 28, 2020 |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Defendant Guayaki Sustainable Rainforest Products, Inc. hereby consents to the Notice of Removal, filed by Defendant The Yerba Mate Co., LLC, removing the state court action described in its Notice of Removal to the United States District Court for the Northern District of California.

Dated: August 28, 2020　　　　　　　　　**FORD & HARRISON LLP**

By: */s/ Daniel R. Lyman*
　　David L. Cheng
　　Dan R. Lyman
　　Attorneys for Defendants
　　THE YERBA MATE CO., LLC and GUAYAKI
　　SUSTAINABLE RAINFOREST PRODUCTS,
　　INC.

# **PROOF OF SERVICE – ELECTRONIC TRANSMISSION**

STATE OF CALIFORNIA/COUNTY OF ALAMEDA

I am a citizen of the United States and an employee in the County of Alameda. I am over the age of eighteen (18) years and not a party to the within action. My business address is FORD & HARRISON LLP, 1901 Harrison Street, Suite 1650, Oakland, California 94612.

On August 28, 2020, I electronically served the document(s) via United States District Court – Northern District of California ECF webite, described below, on the recipients designated on the Transaction Receipt located on the United States District Court – Northern District of California ECF website.

**DEFENDANT GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.'S CONSENT TO NOTICE OF REMOVAL**

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED BY USDC –NORTHERN DISTRICT OF CALIFORNIA ECF WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 28, 2020, at Oakland, California.

*/s/ Bridgette C. Burdick*
BRIDGETTE C. BURDICK