1  David L. Cheng, Bar No. 240926
dcheng@fordharrison.com
2  **FORD & HARRISON LLP**
350 South Grand Avenue, Suite 2300
3  Los Angeles, CA 90071
Telephone:  (213) 237-2400
4  Facsimile:  (213) 237-2401

5  Daniel R. Lyman, Bar No. 319010
dlyman@fordharrison.com
6  **FORD & HARRISON LLP**
1901 Harrison Street, Suite 1650
7  Oakland, CA 94612
Telephone:  (415) 852-6914

Attorneys for Defendants
9  THE YERBA MATE CO., LLC and GUAYAKI
SUSTAINABLE RAINFOREST PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TROYER, as individuals and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>THE YERBA MATE CO., LLC, a limited liability company; GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DEFENDANTS THE YERBA MATE CO., LLC'S AND GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Action Filed:  July 23, 2020<br><br>Date of Removal: August 28, 2020 |

Defendants THE YERBA MATE CO., LLC, ("Yerba Mate") and GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC. ("Guayaki"), by and through the undersigned counsel, hereby file this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 as follows:

1. Defendant Yerba Mate's parent corporation is Guayaki Sustainable Rainforest Products, Inc.
2. Defendant Guayaki's parent corporation is Guayaki Yerba Mate S.P.C.
3. There exists no publicly held corporation owning 10% or more of Yerba Mate, Guayaki, or Guayaki Yerba Mate S.P.C.

Dated: August 28, 2020

**FORD & HARRISON LLP**

By: */s/ Daniel R. Lyman*
David L. Cheng
Dan R. Lyman
Attorneys for Defendants
THE YERBA MATE CO., LLC and GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

- 3 -

# **PROOF OF SERVICE – ELECTRONIC TRANSMISSION**

STATE OF CALIFORNIA/COUNTY OF ALAMEDA

I am a citizen of the United States and an employee in the County of Alameda. I am over the age of eighteen (18) years and not a party to the within action. My business address is FORD & HARRISON LLP, 1901 Harrison Street, Suite 1650, Oakland, California 94612.

On August 28, 2020, I electronically served the document(s) via United States District Court – Northern District of California ECF webite, described below, on the recipients designated on the Transaction Receipt located on the United States District Court – Northern District of California ECF website.

**DEFENDANTS THE YERBA MATE CO., LLC'S AND GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED BY USDC –NORTHERN DISTRICT OF CALIFORNIA ECF WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 28, 2020, at Oakland, California.

*/s/ Bridgette C. Burdick*
BRIDGETTE C. BURDICK