# EXHIBIT A

## EXHIBIT A

Proposed Schedule of Pre-Trial Dates

| Matter | Wks B/f Trial | Pla's Req. | Def's Req. | Court Order |
|---|---|---|---|---|
| Jury Trial Date<br>Estimated Length: 6-7 days* | | [Mon] 8/8/22 | [Mon] 8/8/22 | |
| Joint Statement of the Case | | 8/8/22 | 8/8/22 | |
| Final Pretrial Conference | 2 | [Wed] 7/27/22 | [Wed] 7/27/22 | |
| Pretrial Filings<ul><li>Joint Proposed Final Pretrial Order</li><li>Joint Proposed Jury Instructions</li><li>Memorandum of Law ISO Disputed Instructions</li><li>Joint Special Verdict Form</li><li>Joint Proposed Voir Dire Questions</li><li>Copies of Rule 26(a)(3) Disclosures</li><li>Trial Briefs (optional)</li><li>Motions in Limine and Oppositions (moving party to file)</li></ul> | 7 days b/f FPTC | 7/20/22 | 7/20/22 | |
| Objections to Rule 26(a)(3) Disclosures | 16 days b/f trial | 7/22/22 | 7/22/22 | |
| Serve Oppositions to Motions in Limine | 10 days b/f FPTC | 7/11/22 | 7/11/22 | |
| Serve Rule 26(a)(3) Disclosures<ul><li>Witness Lists</li><li>Witness Lists of those to testify by deposition</li><li>Exhibit Lists</li></ul> | 30 days b/f trial | 7/8/22 | 7/8/22 | |
| Serve Motions in Limine | 20 days b/f FPTC | 6/30/22 | 6/30/22 | |
| Last Day to Conduct Settlement Discussions | 10 | 5/26/22 | 5/26/22 | |
| Last Day for Hearing Motions | 10 | 5/26/22 | 5/26/22 | |
| Expert Discovery Cut-Off | 12 | 5/12/22 | 5/12/22 | |
| Rebuttal Expert Witness Disclosure | | 4/28/22 | 4/28/22 | |
| Initial Expert Witness Disclosure | | 3/29/22 | 3/29/22 | |
| Non-Expert Discovery Cut-Off | 15 | 4/21/22 | 4/21/22 | |
| Hearing on Motion to Certify Class Action | | 11/18/21 | 1/13/22 | |
| File Reply ISO Motion to Certify | | 11/4/21 | 12/16/21 | |
| File Opposition to Motion to Certify | | 10/14/21 | 11/16/21 | |
| File Motion to Certify Class Action | | 9/16/21 | 9/16/21 | |
| Deadline to Add Parties/Amend Pleadings | | 8/19/21 | 8/19/21 | |

\*	The Parties request that the Court only set a Last Day to File Motion to Certify Class Action and sets the additional dates at a further status conference to occur after ruling on the anticipated certification motion. The following additional dates are provided in alternative, if the Court schedules the additional deadlines now.