KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**YOON LAW, APC**
751 N. Fair Oaks Ave., Ste. 102
Pasadena, California 91103
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

MARK L. WEBB (State Bar No. 67959)
**LAW OFFICE OF MARK L. WEBB**
994 Clayton, No. 2
San Francisco, California 94117
Telephone: (415) 515-0960

Attorneys for Plaintiff Casey Troyer

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TROYER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE YERBA MATE CO., LLC, a limited liability company; GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC., a corporation,<br><br>Defendants. | Case No.: 3:20-cv-06065-WHA<br><br>[Assigned for all purposes to Hon. William H. Alsup; Courtroom 12]<br><br>**PLAINTIFF CASEY TROYER'S UNOPPOSED APPLICATION FOR APPROVAL OF DISTRIBUTION OF REMAINING ATTORNEYS' FEES**<br><br>Date Filed: July 21, 2020<br>Trial Date: September 13, 2021 |

# APPLICATION

On July 11, 2022, the Court granted final approval of the Settlement of this Class action.

Class Counsel hereby certifies that all funds due to Class Members pursuant to the settlement in this action have been paid to class members. As set out in the accompanying Declaration of Jodey Lawrence dated November 30, 2022, Defendants funded the settlement as required, and the Settlement Administrator mailed checks to all Class Members entitled to receive a payment from the settlement fund on August 25, 2022. Mr. Lawrence is an officer of Phoenix Settlement Administrators, the Court-appointed Settlement Administrator in this case.

Defendants take no position on this Application and do not intend to file any paper in support of or opposition to it.

Per the instructions of the Court at the final fairness hearing held on July 7, 2022, Plaintiff requests at this time an order which authorizes distribution of the remaining 50% of the Attorneys Fees ($308,750) based on the Settlement Administrator's issuance and mailing of checks to Class Members.

Class Counsel note that they have worked to encourage Class Members to cash their checks, and they will continue to perform this work, even after distribution of the remaining attorneys' fees, because they believe it is their duty as Class Counsel in light of the substantial benefit to Class Members resulting from this Settlement.

Dated: December 5, 2022                     YOON LAW, APC


                                              /s/ Kenneth H. Yoon
                                            Kenneth H. Yoon
                                            Attorneys for Plaintiff Casey Troyer